UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIHAO LIN,

               Plaintiff,

v.

THOMAS A. CIOPPA, New York District Director, U.S. Citizenship and Immigration Services,

               Defendant.

No. 21 Civ. 4599 (PKC)

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

WHEREAS, plaintiff Zihao Lin ("plaintiff") filed this action on May 21, 2021, seeking adjudication of his Application to Register Permanent Residence or Adjust Status (Form I-485); and

WHEREAS, plaintiff's Form I-485 has been approved;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed with prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
August 4, 2021

GAVLIN & ASSOCIATES, P.C.

By: _____
NATALIYA I. GAVLIN, ESQ.
29 E. Broadway, Suite 202
New York, New York 10002
Telephone: (212) 822-1474
E-mail: gavlinlaw@hotmail.com
*Attorney for Plaintiff*

Dated: New York, New York
August 4, 2021

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____
MICHAEL J. BYARS
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2793
E-mail: michael.byars@usdoj.gov
*Attorney for Defendant*

SO ORDERED.
8/5/21

_____
P. Kevin Castel
United States District Judge